IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| VS. | ) ) | CR. NO. 18-20254 |
| GEORGE SKOUTERIS, JR. | ) ) ) | |
| Defendant. | ) | |

VERDICT

We, the jury, on the charges in the indictment for our verdict say:

We find the defendant, GEORGE SKOUTERIS, JR., as to Count 1 of the indictment:

(Bank Fraud)

_____Guilty_____.

(Guilty)     or     (Not Guilty)

We find the defendant, GEORGE SKOUTERIS, JR., as to Count 2 of the indictment:

(Bank Fraud)

_____Guilty_____.

(Guilty)     or     (Not Guilty)

18

We find the defendant, GEORGE SKOUTERIS, JR., as to Count 3 of the indictment:

(Bank Fraud)

_____Guilty_____.

(Guilty)     or     (Not Guilty)


We find the defendant, GEORGE SKOUTERIS, JR., as to Count 4 of the indictment:

(Bank Fraud)

_____Guilty_____.

(Guilty)     or     (Not Guilty)


We find the defendant, GEORGE SKOUTERIS, JR., as to Count 5 of the indictment:

(Bank Fraud)

_____Guilty_____.

(Guilty)     or     (Not Guilty)


We find the defendant, GEORGE SKOUTERIS, JR., as to Count 6 of the indictment:

(Bank Fraud)

_____Guilty_____.

(Guilty)     or     (Not Guilty)

We find the defendant, GEORGE SKOUTERIS, JR., as to Count 7 of the indictment:

(Bank Fraud)

_____Guilty_____.

(Guilty)     or     (Not Guilty)

_____[signature]_____     _4/22/2021_
PRESIDING JUROR            DATE