IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Cr. No. <u>18-20254-JTF</u> |
| ) | |
| ) | |
| GEORGE E. SKOUTERIS, JR. ) | |
| ) | |
| Defendant, ) | |

**POSITION OF THE UNITED STATES
WITH RESPECT TO PRESENTENCE REPORT**

Comes now the United States by and through the United States Attorney for the Western District of Tennessee, and notifies the Court that counsel for the United States has received and reviewed a copy of the Draft Presentence Report (PSR) filed in this matter as DE# 108. The United States has no objections to the sentencing calculations as set forth in the PSR.

                                          Respectfully submitted,

                                          JOSEPH C. MURPHY, JR.
                                          Acting United States Attorney

                By:    <u>s/ Carroll L. André III</u>
                        Carroll L. André III
                        Assistant United States Attorney

## CERTIFICATE OF SERVICE

I, Carroll L. Andre' III, Assistant United States Attorney for the Western District of Tennessee, hereby certify that a copy of the foregoing Position of the United States with Respect to Presentence Report has been sent via ECF to Mr. Stephen R. Leffler, attorney for the defendant.

This 15th day of July, 2021.

JOSEPH C. MURPHY, JR.
Acting United States Attorney

By:   s/ Carroll L. André III
Carroll L. André III
Assistant United States Attorney
TN BPR #010733
800 Federal Building
167 North Main Street
Memphis, TN 38103
(901) 544-4231
carroll.andre@usdoj.gov